**In the ESTATE OF Leila M. FARRAR.**

**No. WD 59896.**

Missouri Court of Appeals,
Western District.

April 3, 2002.

Michael J. Svetlic, Kansas City, for appellant.

Lawrence D. Love, Independence, for respondent.

Before PAUL M. SPINDEN, Chief Judge, JAMES M. SMART, JR., Judge, and VICTOR C. HOWARD, Judge.

### ORDER

PER CURIAM.

Eddie Newborn, representative of Leila Farrar's estate, appeals the circuit court's judgment for the Department of Social Services in which it ordered Farrar's estate to reimburse the state for Medicaid benefits to Leila Farrar's husband. We affirm. Rule 84.16(b).